CATHERINE COLEMAN, as Administratrix of the Estate of PATRICK COLEMAN, Deceased, Respondent, *v.* RUGGLES-ROBINSON COMPANY, Appellant, Impleaded with Another.

*Coleman* v. *Ruggles-Robinson Co.*, 159 App. Div. 268, affirmed.
(Argued December 9, 1914; decided January 5, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department,

entered November 21, 1913, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant, his employer.

*John Vernou Bouvier, Jr., William Montague Geer, Jr.,* and *James B. Henney* for appellant.

*Edwin D. Webb, Joseph A. Burdeau* and *Frederick N. Van Zandt* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, HOGAN, MILLER, CARDOZO and SEABURY, JJ.